**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Carey Dwayne Dorsey
In Proper Person
P. O. Box 562
Oberlin LA 70655

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on **July 25, 2018** |

**REHEARING ACTION: July 25, 2018**

**Docket Number: 17   00793-WCA**

**CAREY DORSEY**
**VERSUS**
**PROTEMP STAFFING SOLUTIONS, INC.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 15-06413**

**BEFORE JUDGES:**

    Hon. Marc T. Amy
    Hon. Van H. Kyzar
    Hon. Candyce G. Perret

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Carey Dwayne Dorsey** has this day been

    **DENIED.**

cc: Stacy Christopher Auzenne, Counsel for the Appellee
    Charles William Farr, Counsel for the Appellee